### AUGUST 9, 2000

No. 00–5037 (00A13).  ROBERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 00–5509 (00A112).  CRUZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

### AUGUST 15, 2000

No. 99–1828.  EHLMANN ET AL. v. KAISER FOUNDATION HEALTH PLAN OF TEXAS ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.

### AUGUST 18, 2000

No. 99A942.  GOLUB v. GENERAL ELECTRIC CO. ET AL.  C. A. 2d Cir.  Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.